```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION


CHRISTINE BERGLUND and         )
GREGORY KLEN,                  )
                               )
     Plaintiffs,               )
                               )
vs.                            )    NO. 2:05-CV-151
                               )
CITY OF CROWN POINT, et al.,   )
                               )
     Defendants.               )
```

## ORDER

This matter is before the Court on Magistrate Judge Paul R. Cherry's Report and Recommendation, filed on February 10, 2006. Upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Clerk is **ORDERED** to **DENY** Defendants' Motion for Dismissal, filed by Defendants, City of Crown Point, Crown Point Police Department, Jeff Eldridge, William Pouch, and James Poling, on December 5, 2005 [DE #22].

Defendants sought to have Plaintiffs' case dismissed due to Plaintiffs' alleged failure to comply with discovery requests and the Court's September 27, 2005 Order requiring the *pro se* Plaintiffs to respond to Defendants' outstanding discovery on or before November 23, 2005. Following a hearing held before Magistrate Judge Cherry on January 8, 2006, the Magistrate concluded that, because Plaintiff Berglund represented that she wished to dismiss her claims against

Defendants, and because Plaintiff Klen represented that he did return the completed discovery requests to his prior counsel, that the Motion for Dismissal should be denied, and sanctions should not be imposed at this time.  The Magistrate further ordered Defendants' counsel to send Plaintiff Klen a new copy of the outstanding discovery requests, which Klen was ordered to complete and return to Defendants' counsel on or before March 1, 2006.

More than 10 days have passed and no party has filed any objection to the Report and Recommendation.  *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection - within 10 days - will result in the waiver of the right to challenge a report and recommendation).  Therefore, this Court adopts Magistrate Cherry's Report and Recommendation.  The Court notes that it reserves the right to impose sanctions at a later date should Plaintiff Berglund fail to timely provide her signature on the proposed joint stipulation for dismissal, or should Plaintiff Klen fail to timely respond to the outstanding discovery.


**DATED:  March 7, 2006**                    /s/RUDY LOZANO, Judge
                                             **United States District Court**